UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CAUDILL SEED and WAREHOUSE COMPANY, INC. d/b/a CAUDILL SEED COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JARROW FORMULAS, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 3:13-CV-82-CRS-CHL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF BENJAMIN J. LEWIS

I, Benjamin J. Lewis, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

　　1.　　I am a partner in the law firm of Bingham Greenebaum Doll LLP ("BGD") and am licensed to practice law in the Commonwealth of Kentucky. This firm is counsel to Plaintiff Caudill Seed and Warehouse Company ("Caudill") in this action. This Declaration is in support of Caudill's Motion for the Award of Exemplary Damages, Prejudgment Interest, and Attorneys' Fees.

　　2.　　I have reviewed the time entries of BGD in connection with work in this case.

　　3.　　I have also reviewed the invoices Frost Brown Todd LLC ("Frost") provided to Caudill for services in this case.

　　4.　　I have also reviewed the invoices Pence & Ogburn, PLLC provided to Caudill for services in this case.

　　5.　　Pence & Ogburn, PLLC began representing Caudill in this matter in 2011.

　　6.　　Frost began representing Caudill in March, 2014 in the above captioned case.

7. BGD's work in representing Caudill in this matter began in July 2017, and has continued as needed through the execution of this Declaration.

8. To date, BGD worked the following hours in this matter:

| TIME KEEPER | YEAR | BILLING RATE | HOURS | TOTAL |
|---|---|---|---|---|
| J. Mark Grundy | | | | |
| | 2017 | $425.00 | 280.90 | $119,382.50 |
| | 2018 | $440.00 | 170.20 | $74,888.00 |
| | 2019 | $460.00 | 319.60 | $147,016.00 |
| Benjamin J. Lewis | 2017 | $275.00 | 87.20 | $23,980.00 |
| | 2018 | $290.00 | 70.10 | $20,329.00 |
| | 2019 | $300.00 | 499.50 | $149,850.00 |
| Jared A. Cox | 2017 | $270.00 | 60.00 | $16,200.00 |
| | 2018 | $295.00 | 84.40 | $24,898.00 |
| | 2019 | $305.00 | 614.60 | $187,453.00 |
| Amanda L. Dohn | 2017 | $200.00 | 104.30 | $20,860.00 |
| | 2018 | $195.00 | 251.80 | $49,101.00 |
| | 2018 | $205.00 | 67.90 | $13,919.50 |
| | 2019 | $220.00 | 740.40 | $162,888.00 |
| | 2019 | $230.00 | 3.20 | $736.00 |
| Kyle W. Miller | 2017 | $185.00 | 95.70 | $17,704.50 |
| | 2018 | $195.00 | 239.90 | $46,780.50 |
| | 2018 | $205.00 | 211.50 | $43,357.50 |
| | 2019 | $220.00 | 421.40 | $92,708.00 |
| | 2019 | $230.00 | 23.90 | $5,497.00 |
| Gina M. Young | 2019 | $220.00 | 52.80 | $11,616.00 |
| | 2019 | $230.00 | 6.30 | $1,449.00 |
| Dianna G. Moore | 2018 | $200.00 | 114.70 | $22,940.00 |
| | 2019 | $210.00 | 314.20 | $65,982.00 |
| Christie L. Ferrell | 2017 | $205.00 | 25.30 | $5,186.50 |
| | 2018 | $210.00 | 142.00 | $29,820.00 |
| | 2019 | $220.00 | 300.50 | $66,110.00 |
| Michelle A. Clark | 2017 | $200.00 | 8.50 | $1,700.00 |
| | 2018 | $225.00 | 6.40 | $1,440.00 |
| | 2019 | $235.00 | 284.60 | $66,881.00 |
| **TOTAL** | | | **5,301.80** | **$1,490,673.00** |

9. Mark Grundy, Ben Lewis, and Jared Cox are Partners; Amanda Dohn, Kyle Miller, and Gina Young are Associates; Dianna Moore and Christie Ferrell are Paralegals; and Michelle A. Clark is a Litigation Technology Specialist.

10. The foregoing hours were contemporaneously recorded as the case progressed; BGD's fee arrangement is a hybrid contingency / flat fee which is not relevant to the calculation of reasonable attorneys' fees in view of the lodestar method employed by the courts.

11. I have reviewed invoices from Pence & Ogburn, Pllc. That firm reported performing the following work for Caudill for pursuing and litigating this action:

| Time Keeper | Year | Billing Rate | Hours | Total |
| --- | --- | --- | --- | --- |
| Stephen B. Pence | 2011 | $300 | 6 | $1,800.00 |
| | 2013 | $300 | 21 | $6,300.00 |
| | 2014 | $300 | 28.5 | $8,550.00 |
| | 2015 | $300 | 0.5 | $150.00 |
| TOTAL | | | 56 | $16,800 |

12. I have reviewed invoices from Frost Brown Todd. That firm report performing the following work for Caudill in this action related to defending Jarrow's counterclaims:

| Time Keeper | Year | Billing Rate | Hours | Total |
| --- | --- | --- | --- | --- |
| Thomas O'Brien | 2016 | $430 | 38.8 | $16,684.00 |
| Cory Skolnick | 2016 | $385 | 26.2 | $10,087.00 |
| Paton Pelfrey | 2016 | $465 | 2.7 | $1,255.50 |
| Thomas Gleason | 2016 | $255 | 74 | $18,870.00 |
| Karen Kutz | 2016 | $190 | 10.3 | $1,957.00 |
| Miles Harrison | 2016 | $220 | 5.9 | $1,298.00 |
| TOTAL | | | 157.9 | $50,151.50 |

13. I have reviewed invoices from Frost Brown Todd. That firm reported performing the following work for Caudill for pursuing and litigating this action:

| Time Keeper | Year | Billing Rate | Hours | Total |
| --- | --- | --- | --- | --- |
| Thomas O'Brien | 2014 | $395.00 | 868.4 | $343,018.00 |
| | 2015 | $415.00 | 847.4 | $351,671.00 |
| | 2016 | $430.00 | 529.9 | $227,857.00 |

| | | | | |
|---|---|---|---|---|
| | 2017 | $460.00 | 86.9 | $39,974.00 |
| Cory Skolnick | 2014 | $350.00 | 657.9 | $230,265.00 |
| | 2015 | $375.00 | 290 | $108,750.00 |
| | 2016 | $385.00 | 309.8 | $119,273.00 |
| | 2017 | $405.00 | 41.2 | $16,686.00 |
| | 2018 | $415.00 | 2.9 | $1,203.50 |
| James Cockrum | 2016 | $390.00 | 1.5 | $585.00 |
| Ann Schoen | 2014 | $425.00 | 42.8 | $18,190.00 |
| | 2015 | $450.00 | 4.7 | $2,115.00 |
| | 2016 | $475.00 | 1 | $475.00 |
| Robert Dibert | 2014 | $350.00 | 0.2 | $70.00 |
| Paton Pelfrey | 2014 | $430.00 | 128.3 | $55,169.00 |
| | 2015 | $450.00 | 60.1 | $27,045.00 |
| | 2016 | $465.00 | 34.4 | $15,996.00 |
| | 2017 | $500.00 | 9 | $4,500.00 |
| Scott Conley | 2014 | $280.00 | 14.9 | $4,172.00 |
| Junis Baldon | 2014 | $250.00 | 667.2 | $166,800.00 |
| | 2015 | $260.00 | 253.6 | $65,936.00 |
| | 2016 | $270.00 | 40.1 | $10,827.00 |
| Lisa Fowler | 2014 | $160.00 | 141.5 | $22,640.00 |
| Yusef Norris | 2014 | $65.00 | 1.6 | $104.00 |
| Reed Ennis | 2014 | $100.00 | 5.9 | $590.00 |
| Barry Sears | 2014 | $125.00 | 6.1 | $762.50 |
| | 2016 | $125.00 | 9.1 | $1,137.50 |
| John Sparks | 2014 | $75.00 | 17.7 | $1,327.50 |
| Thomas Gleason | 2014 | $235.00 | 749.2 | $176,062.00 |
| | 2015 | $245.00 | 272.1 | $66,664.50 |
| | 2016 | $255.00 | 539 | $137,445.00 |
| | 2017 | $265.00 | 109.7 | $29,070.50 |
| | 2018 | $270.00 | 5.3 | $1,431.00 |
| Karen Kutz | 2014 | $180.00 | 545.8 | $98,244.00 |
| | 2015 | $190.00 | 214 | $40,660.00 |
| | 2016 | $190.00 | 229.1 | $43,529.00 |
| | 2017 | $195.00 | 86.3 | $16,828.50 |
| | 2018 | $195.00 | 1.6 | $312.00 |
| Miles Harrison | 2014 | $190.00 | 161 | $30,590.00 |
| | 2015 | $210.00 | 137.7 | $28,917.00 |
| | 2016 | $220.00 | 136.4 | $30,008.00 |
| | 2017 | $230.00 | 82.5 | $18,975.00 |
| Melanie O'Grady | 2014 | $185.00 | 88.3 | $16,335.50 |
| | 2015 | $195.00 | 5.8 | $1,131.00 |
| | 2016 | $195.00 | 7.2 | $1,404.00 |
| Jill Meyer | 2014 | $380.00 | 3.4 | $1,292.00 |

| | | | | |
|---|---|---|---|---|
| Kathryn Comella | 2014 | $210.00 | 4 | $840.00 |
| Rebecca Bates | 2014 | $275.00 | 6.5 | $1,787.50 |
| Ann Frye | 2014 | $135.00 | 30.5 | $4,117.50 |
| Angela Hoyer | 2014 | $135.00 | 45.7 | $6,169.50 |
| Cara Jarrell | 2014 | $135.00 | 52.5 | $7,087.50 |
| Elizabeth Tannon | 2014 | $135.00 | 68.3 | $9,220.50 |
| Connie Wilkinson | 2014 | $135.00 | 4.1 | $553.50 |
| Michelle Hurst | 2014 | $135.00 | 53 | $7,155.00 |
| Christine Hahn | 2014 | $145.00 | 23.1 | $3,349.50 |
| | 2015 | $150.00 | 5 | $750.00 |
| | 2016 | $155.00 | 9 | $1,395.00 |
| Chongyang Ge | 2015 | $210.00 | 56.3 | $11,823.00 |
| Michelle Hurst | 2015 | $135.00 | 22 | $2,970.00 |
| Griffin Terry Sumner | 2016 | $375.00 | 0.5 | $187.50 |
| Nikki Howlett | 2014 | $115.00 | 11 | $1,265.00 |
| | 2016 | $120.00 | 70 | $8,400.00 |
| Theresa Ballard | 2015 | $210.00 | 4.3 | $903.00 |
| Kyle Johnson | 2015 | $265.00 | 3.6 | $954.00 |
| Kelly Kuhl | 2014 | $165.00 | 3.7 | $610.50 |
| | | | **8921.6** | **$2,645,576.50** |

14.   Caudill initiated this lawsuit on January 25, 2013. Jarrow heavily litigated this action for the six and a half years it took to get before a jury. Indeed, the docket reflects over 440 unique entries, many of which contain significant briefing and many pages of attachments. Caudill was forced to engage in: (i) pre-suit negotiations with Jarrow regarding Jarrow's theft of Caudill's trade secrets; (ii) research of pertinent law and the underlying facts in dispute; (iii) exchanging over 100,000 pages of discovery; (iv) drafting and filing of myriad motions, responses, and replies; (v) review and responses to Jarrow's various court filings, including five motions for (or motions for leave or to reconsider) summary judgment; (vi) court appearances on many of these motions and at trial; (vii) preparation and participation in trial before a jury from June 3-26; (viii) filing or responding to ten motions *in limine* pretrial; and (ix) the instant Motion practice.

15. In addition to attorneys' fees, Caudill incurred costs which will be filed in a separate Bill of Costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2019                              */s/ Benjamin J. Lewis*
                                                          BENJAMIN JOEL LEWIS

20367172.1