# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**CAUDILL SEED AND WAREHOUSE COMPANY, INC.**          **PLAINTIFF**

vs.         **CIVIL ACTION NO. 3:13-CV-082-CRS**

**JARROW FORMULAS, INC.**         **DEFENDANT**

## FINAL JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Final judgment is entered in accordance with the jury's verdicts and the plaintiff, Caudill Seed and Warehouse Company, Inc. shall recover from the defendant, Jarrow Formulas, Inc., the sum of $2,427,605.00.

2. Exemplary damages are awarded to Caudill Seed and Warehouse Company, Inc. and against Jarrow Formulas, Inc. for willful and malicious misappropriation in the sum of $2,427,605.00.

3. Attorneys' fees are awarded to Caudill Seed and Warehouse Company, Inc. and against Jarrow Formulas, Inc. in the sum of $4,203,201.00.

4. Costs are awarded to Caudill Seed and Warehouse Company, Inc. and against Jarrow Formulas, Inc. in an amount to be ordered by supplemental judgment.

There being no just reason for delay in its entry, this shall constitute the final judgment of the court.

May 31, 2020

Charles R. Simpson III, Senior Judge
United States District Court