# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**CAUDILL SEED AND WAREHOUSE COMPANY, INC.**　　　　　　**PLAINTIFF**

**vs.**　　　　　　**CIVIL ACTION NO. 3:13-CV-82-CRS**

**JARROW FORMULAS, INC.**　　　　　　**DEFENDANT**

## FINAL JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Final judgment is entered in accordance with the jury's verdicts (DN 435).

2. Judgment is entered in favor of the plaintiff, Caudill Seed and Warehouse Company, Inc., and against Jarrow Formulas, Inc., in the following amounts:

    (a) The sum of $2,427,605.00 in damages awarded by the jury;

    (b) The sum of $1,000,000.00 in exemplary damages;

    (c) The sum of $3,254,303.50 in attorneys' fees; and

    (d) The sum of $69,871.82 in costs.

There being no just reason for delay in its entry, this is a final and appealable judgment.