## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| CAUDILL SEED AND WAREHOUSE COMPANY, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> JARROW FORMULAS, INC., <br><br> *Defendant*. | Civil Action No.: 3:13-cv-82-CRS-CHL |

### DEFENDANT JARROW FORMULAS, INC.'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Jarrow Formulas, Inc., hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Final Judgment (DN 606), entered in this action on March 8, 2021, and all other orders incorporated therein (including but not necessarily limited to DN 435, 487, 530, 583, 584, and 605).

Date: April 5, 2021

Respectfully submitted,

By: /s/ *Bethany A. Breetz*
Joel T. Beres
Michael D. Risley
Bethany A. Breetz
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
Tel.: (502) 587-3400

Jonathan Leventhal (*pro hac vice*)
General Counsel
JARROW FORMULAS, INC.
1824 South Robertson Blvd
Los Angeles, CA 90035
Tel.: (310) 204-6936

*Counsel for Defendant Jarrow Formulas, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2021, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all attorneys of record.

                                        /s/ *Bethany A. Breetz*
                                        Bethany A. Breetz